# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, | Case No. 1:17-cv-00037-AWI-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 15)** |
| NATIONAL HARDWARE SUPPLY, LLC, et al., | |
| Defendants. | |

On May 16, 2017, the parties filed a joint Stipulation for Dismissal of Entire Action, in which the parties notify the Court that they stipulate to the dismissal of this case with prejudice. (Doc. 15.) The stipulation is signed by all parties who have appeared in this action. (*See id.* at 2.) As such, this matter has been voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: __May 18, 2017__         /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE